NOT FOR PUBLICATION                                              CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| REFRIGERATION & AIR CONDITIONING DIVISION (UA-NJ) PENSION, WELFARE, ANNUITY, EDUCATION, INDUSTRY TRAINING AND MECHANICAL SERVICE CONTRACTORS ASSOCIATION INDUSTRY FUNDS AND THE BOARDS OF TRUSTEES THEREOF, | Civil Case No. 07-5225 (FSH) <br><br> **ORDER and OPINION** <br><br> Date: March 14, 2008 |
| Plaintiff, | |
| v. | |
| MECCA AIR COMPANY, | |
| Defendant. | |

**HOCHBERG, District Judge**

This matter having come before the Court upon Plaintiff's Motion for Default Judgment (DKT#8) against Defendant Mecca Air Company pursuant to Federal Rule of Civil Procedure 55(b)(2); and

it appearing that, in an order dated March 4, 2008, the Court ordered Plaintiff to submit proof to support its request for a total judgment of $15,856.11; and

it appearing that Plaintiff has submitted proof to support its request for $11,000 as the "estimated net balance of principal contributions," its request for liquidated damages in an amount equal to 20% of the "estimated net balance of principal contributions," and its request for interest through January 31, 2008 of $1,026.16;

**ACCORDINGLY IT IS** on this 14th day of March, 2008

**ORDERED** that Plaintiff's previous judgment of $1,629.95 shall be amended, and Plaintiff shall have a total judgment in the amount of $15,856.11 plus post-judgment interest; and it is further

**ORDERED** that the Clerk of Court shall close this case.

/s/ Faith S. Hochberg

**Hon. Faith S. Hochberg, U.S.D.J.**